UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Case No. 08mj1087 |
| v. | ) ) | |
| JOHN WALTER ELLIS, | ) ) | |
| Defendant. | ) ) | |

      Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

      United States Attorney's Office
      880 Front Street
      San Diego, CA  92101


Dated:  April 11, 2008                                      */s/ John C. Ellis, Jr.*
                                                                                         JOHN C. ELLIS, JR.
                                                                                         Federal Defenders
                                                                                         225 Broadway, Suite 900
                                                                                         San Diego, CA 92101-5030
                                                                                         (619) 234-8467  (tel)
                                                                                         (619) 687-2666  (fax)
                                                                                         john_ellis@fd.org