FILED
08 MAY 14 PM 3:10
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ECL    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08 CR 1558 W |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; |
| JOHN WALTER ELLIS, ) | Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with |
| Defendant. ) | Intent to Distribute |

The grand jury charges:

### Count 1

On or about April 8, 2008, within the Southern District of California, defendant JOHN WALTER ELLIS did knowingly and intentionally import approximately 39.78 kilograms (approximately 87.52 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//
//

MIP:fer:San Diego
5/9/08

## Count 2

On or about April 8, 2008, within the Southern District of California, defendant JOHN WALTER ELLIS did knowingly and intentionally possess, with intent to distribute, approximately 39.78 kilograms (approximately 87.52 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: May 14, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
JAMES P. MELENDRES
Assistant U.S. Attorney