KAREN P. HEWITT
United States Attorney
DOUGLAS KEEHN
Assistant U.S. Attorney
California State Bar No. 233686
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6549
douglas.keehn@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1558-W |
|---|---|---|
| Plaintiff, | ) | DATE: June 30, 2008 |
| | ) | TIME: 2:00 p.m. |
| v. | ) | |
| JOHN WALTER ELLIS, | ) | **UNITED STATES' NOTICE OF MOTION AND MOTION FOR RECIPROCAL DISCOVERY** |
| Defendant. | ) | |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Douglas Keehn, Assistant United States Attorney, and hereby files its motion for reciprocal discovery. Said motion is based upon the files and records of this case together with the attached memorandum of points and authorities.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

# MEMORANDUM OF POINTS AND AUTHORITIES

## I

## STATEMENT OF THE CASE

On May 15, 2008, Defendant John Walter Ellis was arraigned on a two-count Indictment charging him with importation of marijuana and possession of marijuana with intent to distribute, in violation of 21 U.S.C. §§ 841(a)(1), 952 and 960. Defendant entered a plea of not guilty.

## II

## STATEMENT OF FACTS

### A.     Defendant's Apprehension

On April 8, 2008, Defendant entered the United States from Mexico through the Otay Mesa, California, Port of Entry as the driver of a 1997 Dodge Caravan with his wife, Ernestina Pena de Ellis, as sole passenger. At pre-primary inspection CBP Officer Don Mitchell's narcotic detection canine alerted to the spare tire on Defendant's vehicle. Upon questioning, Defendant provided identification for himself and his wife, and claimed ownership of the vehicle, stating that he was to pay a remaining $1000 for the vehicle that evening. CBP Officer Rodolfo Sanchez noticed that each time Defendant was about to respond to a question he would first turn to his wife and say "No pasa nada" and "Me pusieron un cuatro," or "Nothing is happening" and "I was framed," respectively, in Spanish. Defendant and his wife were detained for investigation.

CBP Officer Scott Cottingham conducted an x-ray scan of the vehicle and identified anomalies in both the driver's side and passenger's side rear quater panels of the vehicle. CBP Officer Robert Renner conduced a seven-point inspection of the vehicle and recovered eight packages from the passenger's side rear quarter panel, two packages from the driver's side real quarter panel and another six packages from the vehicle's spare tire. These sixteen packages weighed approximately 12.48 kilograms. A random probe of samples from the recovered packages rendered positive field tests for marijuana. Approximately twelve hours later CBP CEO Rhonda Beyke was conducting training with her narcotics detection canine at the Otay Mesa Port of Entry secondary lot when her canine alerted to the undercarriage of Defendant's vehicle. CPB Karla Robinson then discovered a non-factory sheet metal compartment within the undercarriage of the vehicle, from which were extracted another fourteen

1  packages weighing approximately 27.30 kilograms. The total weight of the thirty packages recovered
2  from the vehicle was approximately 39.78 kilograms.

3  **B.    Defendant's Post-Arrest Statement**

4  Defendant received Miranda warnings and agreed to make a statement. Defendant initially
5  denied knowledge of the marijuana in the vehicle, claiming that he was importing the vehicle into the
6  United States with the intent of purchasing it from someone in Mexico. When confronted with his
7  criminal history, including having previously smuggled marijuana concealed in tires, Defendant
8  admitted knowledge of the marijuana in the spare tire of his vehicle in this incident. Defendant stated
9  that he had been recruited for this effort by associates of a narcotics smuggling organization for which
10 Defendant had previously driven, and that he was in debt to this organization for a load of marijuana
11 Defendant had lost in a prior attempt. Defendant added that he had been previously arrested with one
12 of these associates while transporting marijuana. Defendant stated that if he successfully crossed five
13 loads of narcotics his debt was to be forgiven and he would receive the Dodge Caravan. Defendant
14 stated that he had been instructed to cross the vehicle and park it at his residence in San Diego, where
15 one of his contacts would take possession of the vehicle for recovery of the narcotics.

16 **III**

17 **MOTION FOR RECIPROCAL DISCOVERY**

18 The Government has and will continue to fully comply with its discovery obligations. To
19 date, the Government has provided Defendant with 127 pages of discovery, including the report of
20 Defendant's arrest, post-arrest statement and photographs of the vehicle.

21 The Government respectfully moves the Court to order Defendant to provide all reciprocal
22 discovery to which the Government is entitled under Federal Rules of Criminal Procedure 16(b) and
23 26.2. Specifically, Rule 16(b)(1) requires Defendant to disclose to the Government all exhibits,
24 documents and reports of testing or examination which he intends to use in his case-in-chief at trial and
25 a written summary of the names, anticipated testimony, and bases for opinions of experts he intends to
26 call at trial under Rules 702, 703, and 705 of the Federal Rules of Evidence.

27 / / /
28 / / /

**IV**

**CONCLUSION**

For the foregoing reasons, the Government respectfully requests that the Court grant its motion.

DATED: June 10, 2008.                    Respectfully submitted,

                                              Karen P. Hewitt
                                              United States Attorney

                                              s/ Douglas Keehn
                                              DOUGLAS KEEHN
                                              Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,             )<br>                                                              )<br>            Plaintiff,                            )<br>                                                              )<br>       v.                                                )<br>                                                              )<br> JOHN WALTER ELLIS,                        )<br>                                                              )<br>            Defendant.                        )<br>_____) | Case No. 08CR1558-W<br><br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

    I, DOUGLAS KEEHN, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of **UNITED STATES' NOTICE OF MOTION AND MOTION FOR RECIPROCAL DISCOVERY** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    John Charles Ellis, Jr., Esq.


    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on June 10, 2008.


            /s/ Douglas Keehn
            DOUGLAS KEEHN